**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-8044**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

MICHAEL LEROY DARITY,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:95-cr-00132-MR-1)

Submitted: April 17, 2014        Decided: April 22, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Leroy Darity, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Jerry Wayne Miller, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Leroy Darity appeals the district court's order denying relief on his "Motion to Correct Clerical Error." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Darity, No. 1:95-cr-00132-MR-1 (W.D.N.C. Dec. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED